Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.: 17−33922−JNP
                          Chapter: 13
                          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin T. Kaestner
   180 Frederic Court
   Thorofare, NJ 08086

Social Security No.:
   xxx−xx−6174

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/1/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 1, 2018
JAN: cmf

                                                                                  Jeanne Naughton
                                                                                  Clerk

```
                               United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                   Case No. 17-33922-JNP
Robin T. Kaestner                                                        Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2          Date Rcvd: Aug 01, 2018
                               Form ID: 148                Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db             +Robin T. Kaestner,    180 Frederic Court,    Thorofare, NJ 08086-2012
517198406       Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
517397645      +Apex Asset Management, LLC,    Premier Women's Health Axia,    PO Box 5407,
                 Lancaster, PA 17606-5407
517198407      +Axia Women's Health,    227 Laurel Road, Suite 300,    Voorhees, NJ 08043-8303
517249267      +C&R OF NORTHFIELD, INC,    c/o SKLAR LAW LLC,    1200 Laurel Oak Road, Ste 102,
                 Voorhees, NJ 08043-4317
517198408      +C&R of Northfield, Inc.,    PO Box 35,    Northfield, NJ 08225-0035
517198411      +Fort Billings Federal Credit Union,    Customer Service,    PO Box 30495,    Tampa, FL 33630-3495
517198413      +McGovern Legal Services, LLC,    850 Carolier Lane,    North Brunswick, NJ 08902-3312
517432709       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517198415      +Pinnacle, LLC,    PO Box 1269,    Greenville, SC 29602-1269
517198416      +Premier Women's Health of South Jersey,    603 N Broad Street, #300,    Woodbury, NJ 08096-1619
517198417      +Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
517198420      +Stone's Throw Condominium Association,    14000 Horizon Way, Suite 200,
                 Mount Laurel, NJ 08054-4342
517248665      +Stone's Throw Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2018 00:31:25      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2018 00:31:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517198409       EDI: CAPITALONE.COM Aug 02 2018 03:53:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517198410       EDI: CHASE.COM Aug 02 2018 03:53:00      Chase Bank USA, N.A.,    200 White Clay Center Drive,
                 Newark, DE 19711-5466
517198412       EDI: CHASE.COM Aug 02 2018 03:53:00      JP Morgan Chase Legal Department,
                 900 US Hwy 9 North, Suite 600,    Woodbridge, NJ 07095-1003
517432833       EDI: RESURGENT.COM Aug 02 2018 03:53:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Wells Fargo Financial,    National Bank,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517357004      +EDI: MID8.COM Aug 02 2018 03:53:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN MI 48090-2011
517198414       EDI: MID8.COM Aug 02 2018 03:53:00      Midland Funding, LLC,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
517198418       EDI: RESURGENT.COM Aug 02 2018 03:53:00      Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517198419      +E-mail/Text: jennifer.chacon@spservicing.com Aug 02 2018 00:32:37
                 Select Portfolio Servicing, Inc.,    ATTN: Bankruptcy Dept.,   PO Box 65250,
                 Salt Lake City, UT 84165-0250
517198421       EDI: RMSC.COM Aug 02 2018 03:53:00      Synchrony Bank,    ATTN: Bankruptcy Dept,    PO Box 965060,
                 Orlando, FL 32896-5060
517199752      +EDI: RMSC.COM Aug 02 2018 03:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517198422      +EDI: VERIZONCOMB.COM Aug 02 2018 03:54:00      Verizon Wireless,    PO Box 3397,
                 Bloomington, IL 61702-3397
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Stone's Throw Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Aug 01, 2018
                               Form ID: 148                 Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation as Trustee for
               Seasoned Credit Risk Transfer Trust, Series 2016-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joseph  Clemente    on behalf of Creditor    Stone's Throw Condominium Association, Inc.
               jclemente@theassociationlawyers.com
              Kevin Gordon McDonald    on behalf of Creditor    Federal Home Loan Mortgage Corporation as Trustee
               for Seasoned Credit Risk Transfer Trust, Series 2016-1 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Stone's Throw Condominium Association, Inc.
               collections@theassociationlawyers.com
              Rebecca Ann Solarz    on behalf of Creditor    Federal Home Loan Mortgage Corporation as Trustee
               for Seasoned Credit Risk Transfer Trust, Series 2016-1 rsolarz@kmllawgroup.com
              Rex J. Roldan    on behalf of Debtor Robin T. Kaestner roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```